UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br> **CAROLYN DENNIS WYATT** <br> DEBTOR(S) | : CHAPTER 13 <br> : |
| **NANCY J. WHALEY** <br> **CHAPTER 13 TRUSTEE** <br> MOVANT | : CASE NO. A16-72667 <br> : <br> : |
| vs. <br> **CAVALRY SPV I LLC** <br> RESPONDENT | : JUDGE: A998 <br> : <br> : |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO PROOF OF CLAIM

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee, withdraws her Objection to Proof of Claim of Cavalry SPV I LLC filed in this Court on or about January 31, 2018.

This the 9th day of February 2018.

Respectfully submitted,

____/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar Number 377941
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303
678-992-1201

CASE NO. A16-72667 A998

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following with a copy of the foregoing Withdrawal of Trustee's Objection to Claim by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Debtor(s):
CAROLYN DENNIS WYATT
2657 MIDWAY RD
DECATUR, GA 30030

Creditor Representative:
CAVALRY SPV I LLC
C/O BASS & ASSOC.
ATTN: PATTI H. BASS
SUITE 200
3936 E. FT LOWELL RD
TUCSON, AZ

**By consent of the parties**, the following have received an electronic copy of the foregoing Chapter 13 Trustee's Withdrawal of Objection to Claim through the Court's Electronic Case Filing system.

KING & KING LAW LLC
karen.king@kingkinggllc.coml,com

This the 9th day of February 2018.

____/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Ave., NE
Atlanta, GA  30303
(678) 992-1201